AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE AUTOMOBILE MECHANICS' INDUSTRY WELFARE AND PENSION FUNDS LOCAL 701

Plaintiffs,

V.

AZTEC MATERIAL SERVICE CORP., AN ILLINOIS CORPORATION

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08CV 1972

ASSIGNED JUDGE: JUDGE CASTILLO

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

AZTEC MATERIAL SERVICE, CORP.
C/O ITS REGISTERED AGENT, JOEL E. ARCE
3624 W. 26TH STREET, 2ND FLOOR
CHICAGO, IL 60623

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PAUL M. EGAN
ARNOLD AND KADJAN
19 WEST JACKSON BLVD., SUITE 300
CHICAGO, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

*Nadine Hirley* (signature)

(By) DEPUTY CLERK

April 7, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | APRIL 11, 2008 AT 10:00AM |
| NAME OF SERVER (PRINT) SCOTT POCIUS | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: AZTEC MATERIAL SERVICE CORP. C/O REGISTERED AGENT- JOEL E. ARCE AT THE BUSINESS OFFICE 3624 W. 26TH STREET, 2ND FLOOR, CHICAGO, IL 60623. HE CAN BE DESCRIBED AS M/W, 35 YEARS OF AGE, SHORT BROWN HAIR.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/11/08

Signature of Server: Scott Pocius

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.