IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE AUTOMOBILE MECHANICS' INDUSTRY WELFRE AND PENSION FUNDS LOCAL 701<br>           Plaintiffs,<br><br>v.<br><br>AZTEC MATERIAL SERVICE CORP., an Illinois corporation<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08 C 1972<br><br>Judge Castillo<br><br><br>Magistrate Brown |

## NOTICE OF MOTION

TO:   AZTEC MATERIAL SERVICE, CORP.
       C/O ITS REGISTERED AGENT, JOEL E. ARCE
       3624 W. 26TH STREET, 2ND FLOOR
       CHICAGO, IL 60623

**PLEASE TAKE NOTICE** that on **July 9, 2008 at 9:45 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before the **Honorable Judge Castillo**, in the Courtroom **2141** usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Judgment in Sum Certain.

                                          TRUSTEES OF THE AUTOMOBILE
                                          MECHANICS' INDUSTRY WELFARE
                                          AND PENSION FUNDS LOCAL 701


                                          /s/ Paul M. Egan
                                          Attorneys for Plaintiffs

Paul M. Egan
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
(312) 236-0415

## CERTIFICATE OF SERVICE

      I hereby certify that on June 23, 2008 I electronically filed the foregoing Notice of Motion and Motion for Judgment in Sum Certain with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

AZTEC MATERIAL SERVICE, CORP.
C/O ITS REGISTERED AGENT, JOEL E. ARCE
3624 W. 26TH STREET, 2ND FLOOR
CHICAGO, IL 60623

**s/Paul M. Egan**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: June 23, 2008