**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Automobile Mechanics' Industry Welfare and Pension Funds Local 701

                                    Plaintiff,

v.                                  Case No.: 1:08−cv−01972

                                    Honorable Ruben Castillo

Aztec Material Service Corp.

                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, June 26, 2008:

   MINUTE entry before the Honorable Ruben Castillo:Plaintiffs' motion for judgment in sum certain [8] is entered and continued to 7/16/2008 at 9:45 AM. Motion hearing set for 7/9/2008 is vacated.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.